Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHELLE JONES AND NICHOLAS LOCASH,** | Case No.  8:20-cv-01805-JLS-DFM |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| vs. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive**, | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court.

Respectfully submitted this 18th Day of November, 2020,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

Stipulation to Dismiss- 1

1
2          By: s/ Daniel Lopez
3              DANIEL LOPEZ
               Attorneys for Defendant
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Filed electronically on this 18th Day of November, 2020, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Josephine L. Staton
United States District Court
Central District of California

And all counsel registered on ECF.

This 18th Day of November, 2020.

<u>s/Todd M. Friedman, Esq.</u>
TODD M. FRIEDMAN