# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE JONES AND NICHOLAS LOCASH,** | Case No. 8:20-cv-01805-JLS-DFM |
| Plaintiffs, | **ORDER** |
| vs. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive**, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated: November 18, 2020

                                                      JOSEPHINE L. STATON
                                                    The Honorable Josephine L. Staton